07/14/2008

LLOYD MOORE
1250 24TH ST NW #350
WASHINGTON, DC  20037

```
         FACTS Management Company    Student Reenrollment Information
Agreement Number.....: RV6850        School........: St Johns College H.S.
Telephone Number.....: 202-466-0539  Student ID...: 11223 MOORE, MERRIT
Bank Account Type....: CHECKING      Bank Name.......: CHEVY CHASE BANK
Bank Routing Number..: 255071981     Bank Account No..: *****************
FACTS Contract Amount: 13434.00      No. of Payments..: 10
First Payment Date...: 07/20/2008    Payment Day......: 20
First Payment Amount.: 1344.00       Other Pmnt Months: 0  0  0  0  0  0
```

St Johns College H.S. is once again making use of the FACTS Payment
Program.  The original contract you signed with FACTS authorized FACTS to
continue processing payments upon receipt of reenrollment information sent
to FACTS by the school for the next school year. Please review the informa-
tion provided above for accuracy.  If any changes are required, please
notify your school.  A $ 25.00 Returned Payment Fee will be automatically
deducted from the above account for each payment attempt that is returned.

The above information has been submitted electronically to renew your
FACTS agreement(July-April)for the 2008-2009 school year.Please review.
Return or call ONLY if corrections are needed. Thank you, SJC Business
Office

_____        _____
Responsible Party Signature                Date  7/17/08

Plaintiff's Exhibit  1

pg 1 of 2

## FACTS Management Confirmation Notification – Agreement RV6850

07/14/2008

Dear Lloyd Moore:

Thank you for using FACTS to make your payments for St Johns College H.S.. The responsible party on this FACTS agreement is Lloyd Moore. Your first payment in the amount of $1,344.00 is scheduled for 07/20/2008. The total balance due for this agreement is $13,434.00. Payments will be processed until the balance is paid in full from your checking account with CHEVY CHASE BANK.

In the event that a regularly scheduled payment is returned unpaid, you will receive notification from FACTS stating that the missed payment will be reattempted within approximately two weeks. The specific date of the reattempt will be provided in the notification. If your missed payment is again returned unpaid, you will receive another notification explaining that the missed payment will be reattempted on your next regularly scheduled payment date. Any regularly scheduled payment will be attempted along with your missed payment. A $25.00 FACTS Missed Payment Fee will be automatically assessed to your account each time a payment or reattempt of a missed payment is returned unpaid.

The $41.00 nonrefundable enrollment fee for this agreement will be automatically withdrawn from the account referenced above **WITHIN** 14 days of the date on this notification.

This confirmation notification is based on the terms of your original agreement. If there are any changes, **please contact St Johns College H.S.**

To protect your privacy and guard against identity theft, when accessing your account through My FACTS Account at www.factsmgt.com or when calling FACTS directly, the responsible party and any additional authorized party will need the following information: FACTS agreement number: RV6850, FACTS Access Code: 0112, and Institution Identification: 89914. The additional authorized party on this agreement was not provided. **Please keep this confirmation notification for your records.**

FACTS Management Company

PRIVACY POLICY: FACTS provides information management services and business solutions to educational institutions, their students, and the students' families (or guardians). In the course of providing these services, FACTS receives nonpublic personal information about these students and families. This information may be gathered from agreements, applications, and other forms, as well as any history of transactions with us. FACTS does not disclose nonpublic personal information except as permitted by law. We may, as permitted by law, share information relating to transactions with these individuals, with their educational institution, as well as with our parent company, Nelnet, Inc., and its affiliated companies. We may also share this information as necessary to complete a transaction in the ordinary course of business or as may be required under applicable law. To the extent we possess nonpublic personal information that is not a result of our transactions with the individuals, we do not share this non-transactional information. To protect nonpublic personal information from access by unauthorized parties, FACTS maintains physical, procedural, and electronic safeguards.

Institution Information: 89914  St Johns College H.S.

1027

FACTS Management Co.    PO Box 67037   Lincoln NE  68506

# FACTS
*Management Co.*
*P.O. Box 67037*
*Lincoln, NE  68506*

Forward to:
**The Moore Companies**
P O Box 18921
Washington, DC  20036

Plaintiff's Exhibit 1

Pg 2 of 2